**Electronically Filed
Supreme Court
SCPW-14-0001329
19-FEB-2015
12:59 PM**

SCPW-14-0001329

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

NORTH BEACH WEST MAUI BENEFIT FUND,
a Hawai'i non-profit corporation, Petitioner,

vs.

LAND COURT OF THE STATE OF HAWAI'I, ADMINISTRATIVE
DIRECTOR OF THE COURTS, and CHIEF STAFF ATTORNEY
OF THE SUPREME COURT, Respondents.

ORIGINAL PROCEEDING
(1 L.D. CASE NO. 12-1-3039)

ORDER DENYING MOTION FOR RECONSIDERATION OR FOR CLARIFICATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner North Beach West Maui Benefit Fund's "Motion for Reconsideration or for Clarification", filed on February 10, 2015 ("Motion"), the declaration attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, February 19, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

